**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LASHON FRY & MARSHA BAYNES,** **PLAINTIFFS**

**VERSUS** **CIVIL ACTION NO. 4:08CV150-WAP-DAS**

**ALFRED LOVE AND SOUTHEASTERN**
**BULK BAG CONNECTION, INC.,** **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

On consideration of the file and record of this action, the court finds that the Report and Recommendations of the United States Magistrate Judge dated February 22, 2010, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated February 22, 2010, are hereby approved and adopted as the opinion of the court.
2. That this case is dismissed without prejudice for lack of subject matter jurisdiction.

**THIS**, the 25th day of March, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE